IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ESTHER CARABALLO-RIVERA<br>Plaintiff<br>vs<br>CASA FEBUS, INC.<br>Defendant | CIVIL 17-1020CCC |

## JUDGMENT

Having considered plaintiff's Notice of Voluntary Dismissal Pursuant to F.C.R.P. 41(a)(1)(A)(i) (**d.e. 9**) filed on May 31, 2017, which is GRANTED, it is ORDERED and ADJUDGED that judgment be and is hereby entered dismissing the action with prejudice.

The pretrial/settlement conference scheduled for April 4, 2018 and non-jury trial scheduled for July 9, 2018 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 21, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge